# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-03358-SK | Date | June 3, 2021 |
|---|---|---|---|
| Title | Dejon Cagle v. Amy Jeemin Kim et al | | |

Present: The Honorable **Steve Kim, United States Magistrate Judge**

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **JUDGMENT**

Based on Plaintiff's notice of indication of mootness (ECF 40), judgment is hereby entered dismissing this action without prejudice. Except as otherwise ordered, all parties must bear their own costs and expenses.

IT IS SO ORDERED.